DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE SCHOOL BOARD OF PALM BEACH COUNTY**,
Appellant,

v.

**EDITHE DELHOMME**,
as Personal Representative of the **ESTATE OF ADEN WILLIAMS**,
her deceased minor son, on behalf of the Estate and its lawful survivors,
to wit, **EDITHE DELHOMME**, surviving mother,
Appellee.

No. 4D22-2418

[April 19, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502022CA000545XXXXMB.

Sean Fahey of The School Board of Palm Beach County, West Palm Beach, for appellant.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Rosalyn Sia Baker-Barnes of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellee.

PER CURIAM.

The School Board of Palm Beach County seeks review of the denial of its motion to dismiss based on sovereign immunity. We find that *Francis v. School Board of Palm Beach County*, 29 So. 3d 441 (Fla. 4th DCA 2010), compels reversal in this tragic case. In both cases, the students were killed while crossing a busy street to get to their bus stop. We previously ruled in *Francis* that a busy roadway does not constitute a dangerous trap because it is not created by the school board. *Id.* at 444. Additionally, the dangers of the busy roadway are apparent. *Id.* Therefore, the school board did not owe a duty of care to the student while he was crossing the street. The order is reversed and remanded with instructions to grant the motion to dismiss and dismiss the complaint against the school board as it is barred by sovereign immunity.

*Reversed and remanded.*

MAY, GERBER, and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***